UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 3:05-CR-059-CHB |
| v. | ) |
| BYRON PERKINS, | ) **MEMORANDUM OPINION AND ORDER** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Perkins's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. [R. 177] Defendant filed two previous § 2255 motions in 2011 and 2016. [R. 129; 145; 147] Since Defendant's motion is a "second or successive motion" under § 2255, the Court must transfer it to the Sixth Circuit for the necessary certification as required by 28 U.S.C. § 2244. Section 2244(b)(3)(A) of Title 28 of the United States Code mandates: "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Defendant (admittedly) has failed to obtain a panel certification prior to filing his current motion, and therefore this Court lacks jurisdiction to consider it. *See In re Hanserd*, 123 F.3d 922, 934 (6th Cir. 1997); [R. 179 p. 2]

Subsequent to filing his Motion, Defendant also filed a Motion to Withdraw his § 2255 Petition. Because the Sixth Circuit is the court with jurisdiction over this matter, the district

court cannot entertain the motion to withdraw. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Defendants § 2255 Motion **[R. 177]** is **TRANSFERRED** to the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631, as a second or successive § 2255 motion. *See In re Hanserd*, 123 F.3d at 934 ("If either a motion requesting permission or a second or successive motion to vacate sentence is erroneously filed in district court, that court should transfer that motion to [the Sixth Circuit Court of Appeals] under 28 U.S.C. § 1631.") (citing *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997)).

2. The **Clerk of Court is DIRECTED to terminate** Defendant's Motion to Withdraw Filing **[R. 179]**.

This the 21st day of May, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Movant/Defendant, *pro se*